UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,          No. 1:25-CR-148

    vs.          Hon. Jane M. Beckering
          U.S. District Judge

SCOTT PETER COULIER,

          Defendant.

_____/

## **GOVERNMENT'S MOTION FOR REDUCTION IN GUIDELINE CALCULATION BASED ON COOPERATION**

The United States of America, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and Ronald M. Stella, First Assistant United States Attorney, moves, pursuant to United States Sentencing Guidelines Section 5K1.1, for a reduction in the guideline calculation of Scott Coulier based upon his substantial assistance to the government.   In addition to its separately filed Sentencing Memorandum, the United States provides the following in support of its motion:

1.     On October 23, 2025, defendant entered his guilty plea to a felony information charging conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349.  Defendant pled guilty pursuant to a plea agreement containing a cooperation clause and a corresponding 5K1.1 and/or Rule 35 provision.

2.     Defendant met with federal law enforcement and provided a detailed proffer interview.  Defendant substantially assisted the United States in obtaining guilty pleas by Defendants Michael Goff and Matthew McCord.

3.      The undersigned submitted defendant's cooperation to the Cooperation Review Committee of the United States Attorney's Office.  The Committee has authorized the undersigned counsel to file this motion to reduce defendant's sentencing guideline calculation.

4.      Based on the above, the undersigned is recommending a two-level reduction in the sentencing guideline calculation for defendant given his truthful substantial assistance, as explained more fully in the United States' Sentencing Memorandum.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: April 2, 2026

*/s/ Ronald M. Stella*
RONALD M. STELLA
First Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404